**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re                          ) Case No. 16-12259 - B - 13
Daniel Lee Sanders,            ) Docket Control No. PK-2
                  Debtor.      ) Document No. 33
                               ) Date: 04/04/2019
                               ) Time: 9:00 AM
                               ) DEPT: B

**Order**

For the reasons stated on the record and as set forth in the court's minutes, docket number 44,

IT IS ORDERED that the motion to modify the plan is DENIED WITHOUT PREJUDICE.

Dated: Apr 04, 2019                    **By the Court**

René Lastreto II, Judge
United States Bankruptcy Court

[33] - Motion/Application to Modify Chapter 13 Plan [PK-2] Filed by Debtor Daniel Lee Sanders (bres)